UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 4042**

------------------------------------x
LIND-STONESHIP AS,

        Plaintiff,

   -against-

PKF SEVERNY BASTION,

        Defendant.
------------------------------------x

*Judge Hellerstein*
*ECF*
*RULE 7.1 STATEMENT*

MAY 23 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, LIND-STONESHIP AS (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
            May 23, 2007

                            CARDILLO & CORBETT
                            Attorneys for Plaintiff
                            LIND-STONESHIP AS

                      By: _____
                            James P. Rau (JR 7209)

                            Office and P.O. Address
                            29 Broadway, Suite 1710
                            New York, New York 10006
                            Tel: (212) 344-0464
                            Fax: (212) 797-1212