UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LIND-STONESHIP AS,                  :
                                    :
                    Plaintiff,      :   ECF
                                    :   ORDER APPOINTING
                                    :   PERSON TO SERVE
        -against-                   :   PROCESS
                                    :   07 Civ. 4042 (AKH)
PKF SEVERNY BASTION,                :
                                    :
                    Defendant.      :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/07

       Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

       Upon reading the Affidavit of James P. Rau, sworn to May 23, 2007, and good cause having been shown,

       IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
       May 24, 2007

                                        _____
                                        United State District Judge