UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LIND-STONESHIP AS,                    :
                                      :    **ECF**
                    Plaintiff,        :    **AFFIDAVIT PURSUANT**
                                      :    **TO SUPPLEMENTAL**
           -against-                  :    **RULE B**
                                      :    07 Civ. *4042(AKH)*
PKF SEVERNY BASTION,                  :
                                      :
                    Defendant.        :
------------------------------------x


STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )


          JAMES P. RAU, being duly sworn, deposes and
says:

          1.  I am a member of the Bar of this Court and a
member of the firm of Cardillo & Corbett, attorneys for the
Plaintiff herein.  I am familiar with the facts of this case
and make this affidavit in support of Plaintiff's prayer for
the issuance of a Writ of Maritime Attachment and Garnishment,
pursuant to Rule B of the Supplemental Rules for Certain
Admiralty and Maritime Claims of the Federal Rules of Civil
Procedure.

          2.  I have attempted to locate defendant, PKF SEVERNY
BASTION, within this District.  As part of my investigation to
locate the Defendant within this District, I examined the
telephone company information directory, as well as the white
and yellow pages of New York listed on the Internet or World

Wide Web, and did not find any listing for the Defendant.

3. The database of the office of the New York State Secretary of State was searched to determine if Defendant is qualified to do business in New York, without result.

4. On information and belief, Defendant, PKF SEVERNY BASTION, was and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law, with an address at Portovyi Proezd 21, 183038 Murmansk, Russia.

5. In consequence of these inquiries your deponent believes that the Defendant cannot be found within the Southern District of New York.

6. Upon information and belief, Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro Bank NV, American Express Bank, Bank of America, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, UBS AG and/or Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

       a)    accounts in the name of PKF SEVERNY BASTION, or

       b)    electronic funds transfers listing PKF SEVERNY BASTION, as a beneficiary of the funds transfer, or

      c)   electronic funds transfers showing PKF
SEVERNY BASTION, as the remitting party or
ordering customer.

7. This is Lind-Stoneship AS's first request for this relief.

WHEREFORE, LIND-STONESHIP AS respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of PKF SEVERNY BASTION's tangible and intangible property within this District.

_____
JAMES P. RAU

Sworn to before me this
23rd day of May, 2007

_____
NOTARY PUBLIC

**TULIO R. PRIETO**
Notary Public, State of New York
No. 02PR6090011
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires February 19, 2010

3