UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LIND-STONESHIP AS,                  :
                                    :
                    Plaintiff,      :   ECF
                                    :   **ORDER APPOINTING**
                                    :   **PERSON TO SERVE**
         -against-                  :   **PROCESS**
                                    :   07 Civ. 4042 (AKH)
PKF SEVERNY BASTION,                :
                                    :
                    Defendant.      :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/07

   Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

   Upon reading the Affidavit of James P. Rau, sworn to May 23, 2007, and good cause having been shown,

   IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
       May 24, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,      CLERK
                                    _____
BY                                  United State District Judge
   DEPUTY CLERK